FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACI LEE CLAMPITT,<br><br>          Plaintiff,<br><br>    v.<br><br>SCOTT SMITH,<br><br>          Defendant. | No. 1:19-cv-03055-SAB<br><br>No. 1:18-cv-03062-SAB<br><br>**ORDER CONSOLIDATING CASES** |

Before the Court is the Government's Motion to Consolidate, ECF No. 2. The Government requests the Court consolidate the above-captioned matter with the foreclosure action *United States v. Campbell*, No. 1:18-cv-03062-SAB.

Federal Rule of Civil Procedure 42 provides, [i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issues in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). For the reasons provided in the Government's motion, the Court finds the above-captioned matter and *United States v. Campbell*, No. 1:18-cv-03062-SAB, involve common questions of law and fact. Accordingly, for purposes of judicial efficiency, the Court will consolidate the actions.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion to Consolidate, ECF No. 2, is **GRANTED**.

2. The above-captioned matter shall be **consolidated** and bear the caption as *United States v. Alex Joseph Campbell, et al.*, No. 1:18-cv-03062-SAB. All future

**ORDER CONSOLIDATING CASES ^ 1**

proceedings shall be filed under Case No. 1:18-cv-03062-SAB, unless the Court directs otherwise. Case No. 1:19-cv-03055-SAB shall be administratively closed.

3. The Government's Motion to Expedite, ECF No. 3, is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 8th day of April 2019.



Stanley A. Bastian
United States District Judge

**ORDER CONSOLIDATING CASES ^ 2**